# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

Douglas C Palmer
Clerk of Court

Brenna Mahoney
Chief Deputy

Carol McMahon
Chief Deputy

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631)712-6000
Pro Se: (631)712-6060

**FILED**
**CLERK**
8/7/2020 11:46 am
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Date: 8/7/20
Re: 92-CR-509(DRH)-2

Dear *pro se* litigant:

The enclosed _document_ is being returned without docketing or consideration for the following reason(s):

(  ) The docket number and/or judges' initials are incorrect or missing.

(  ) Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

(✓) These papers appear to be intended for another court or agency.

(  ) Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

(  ) Your papers do not meet the minimum requirements for:
    (  ) Legibility: please type or print clearly.
    (  ) Language: only English is acceptable.
    (  ) Form or Content: See forms/instructions enclosed.
    (  ) Please indicate the documents you served on your affirmation of service.
    (  ) Other:

(  ) This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.
(  ) Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

(  ) Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to:

    United States Court of Appeals for the Second Circuit
    Thurgood Marshall U. S. Courthouse
    40 Foley Square, New York, NY 10007

(  ) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

(  ) The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

(✓) Other: This document should be referred to the State as certificates are issued by the state.

By: _____
J. Grady, Deputy Clerk